| | |
|---|---|
| 1 | ROBERTA L. STEELE, SBN 188198 (CA) |
| 2 | MARCIA MITCHELL, SBN 18122 (WA) |
|   | AMI SANGHVI, SBN 4407672 (NY) |
| 3 | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
|   | San Francisco District Office |
| 4 | 450 Golden Gate Ave., 5th Floor West |
|   | P.O. Box 36025 |
| 5 | San Francisco, CA  94102 |
|   | Telephone No. (415) 522-3071 |
| 6 | Fax No. (415) 522-3425 |
|   | Ami.Sanghvi@eeoc.gov |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.: 4:18-cv-04135-DMR |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| DIGNITY HEALTH, d/b/a MERCY MEDICAL CENTER, REDDING, | |
| Defendant. | |

I am, and was at the time the herein service took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the San Francisco District Office of the United States Equal Employment Opportunity Commission.

My business address is Equal Employment Opportunity Commission, San Francisco District Office, 450 Golden Gate Ave., 5th Floor West, P.O. Box 36025, San Francisco, CA  94102.

On the date that this declaration was executed, as shown below, I served the following document(s):

**NOTICE OF WAIVER**

| | |
|---|---|
| 1 | **WAIVER OF SERVICE (X2)** |
| 2 | **COMPLAINT (ECF 1)** |
| 3 | **CIVIL COVER SHEET (ECF 1-1)** |
| 4 | **ISSUED SUMMONS (ECF 4)** |
| 5 | **ORDER SETTING INITIAL CMC & ADR DEADLINES (ECF 3)** |
| 6 | **ORDER ASSIGNING JUDGE RYU (ECF 2)** |
| 7-8 | **NOTICE OF ASSIGNMENT OF CASE TO A US MAGISTRATE JUDGE FOR TRIAL and CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |
| 9-10 | **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA** |
| 11 | **MAGISTRATE JUDGE RYU'S STANDING ORDER** |
| 12 | **NOTICE RE TELEPHONIC APPEARANCE PROCEDURES FOR MAGISTRATE RYU** |
| 13 | **NORTHERN DISTRICT COURT FILING PROCEDURES (San Francisco)** |
| 14 | **PROOF OF SERVICE** |

via certified mail, return receipt request, by depositing same in a sealed, postage prepaid, envelope to be deposited with the United States Postal Service during the normal course of business on the following person(s):

Rick Grossman
185 Berry Street, Suite 300
San Francisco, CA 94107

*Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 13, 2018, at Phoenix, Arizona.

*[signature]*
_____
Colleen D. McCartney