Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

DIGNITY HEALTH, d/b/a MERCY MEDICAL CENTER, REDDING,

Defendant(s).

Case No: 4:18-cv-04135

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Scott C. LaBarre, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Alina Sorling, Plaintiff-Intervenor in the above-entitled action. My local co-counsel in this case is Timothy Elder, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
1660 South Albion Street, Suite 918
Denver, Colorado 80222

MY TELEPHONE # OF RECORD:
(303) 504-5979

MY EMAIL ADDRESS OF RECORD:
slabarre@labarrelaw.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
4226 Castanos Street
Fremont, CA 94536

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(410) 415-3493

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
telder@trelegal.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 25495.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 25, 2018

Scott C. LaBarre
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Scott C. LaBarre is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**SCOTT CHARLES LABARRE**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **10th** day of **May** A.D. **1995** and that at the date hereof the said **SCOTT CHARLES LABARRE** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **24th** day of **July** A.D. **2018**

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk