DANIELLE OCHS, CSBN 178677
danielle.ochs@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant DIGNITY HEALTH,
d/b/a MERCY MEDICAL CENTER,
REDDING,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>              Plaintiff,<br><br>       v.<br><br>DIGNITY HEALTH, d/b/a MERCY MEDICAL CENTER, REDDING,<br><br>              Defendant. | Case No. 3:18-CV-04135-CRB<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>Complaint Filed: July 11, 2018<br>Trial Date:         None Set<br>Judge:              Hon. Judge Charles R. Breyer |

NOTICE IS HEREBY GIVEN that, subject to approval by the Court, Defendant DIGNITY HEALTH, d/b/a MERCY MEDICAL CENTER, REDDING substitutes Chambord V. Benton-Hayes, California State Bar No. 278970, of Benton Employment Law Group, as counsel of record in place of Ogletree, Deakins, Nash, Smoak & Stewart, P.C..

Contact Information for new counsel is as follows:

> Firm name:  Benton Employment Law Group
> Address:  2831 Telegraph Avenue, Oakland, CA  94609
> Telephone:  510-917-6352
> chambord@bentonemploymentlaw.com

I consent to the above substitution.

Dated:  July  10 , 2021               /s/ Elizabeth J. McNamee
                                       Elizabeth McNamee
                                       Dignity Health, d/b/a Mercy Medical Center, Redding

I consent to being substituted.

Dated:  July  12 , 2021               /s/ Danielle Ochs
                                       Danielle Ochs
                                       Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

I consent to the above substitution.

Dated:  July  12 , 2021               /s/  Chambord V. Benton-Hayes
                                       Chambord V. Benton-Hayes
                                       Benton Employment Law Group

**LOCAL RULE 5-1 ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that the concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Dated:  July 7, 2021                  /s/ Danielle Ochs
                                       Danielle Ochs

1
2  The substitution of attorney is hereby approved and so ORDERED.
3
4
5  Dated: _____        _____
6                                               The Honorable Charles R. Breyer
                                                 United States District Court for the
7                                                Northern District of California
8
                                                                            47747310.1
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28