1  DANIELLE OCHS, CSBN 178677
   danielle.ochs@ogletree.com
2  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
3  One Embarcadero Center, Suite 900
   San Francisco, CA  94111
4  Telephone:    415.442.4810
   Facsimile:    415.442.4870
5
   Attorneys for Defendant DIGNITY HEALTH,
6  d/b/a MERCY MEDICAL CENTER,
   REDDING,
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 U.S. EQUAL EMPLOYMENT              Case No. 3:18-CV-04135-CRB
   OPPORTUNITY COMMISSION,
12                                    **SUBSTITUTION OF ATTORNEY**
              Plaintiff,               ORDER
13
       v.                             Complaint Filed: July 11, 2018
14                                    Trial Date:      None Set
   DIGNITY HEALTH, d/b/a MERCY        Judge:           Hon. Judge Charles R. Breyer
15 MEDICAL CENTER, REDDING,

16            Defendant.

17

NOTICE IS HEREBY GIVEN that, subject to approval by the Court, Defendant DIGNITY HEALTH, d/b/a MERCY MEDICAL CENTER, REDDING substitutes Chambord V. Benton-Hayes, California State Bar No. 278970, of Benton Employment Law Group, as counsel of record in place of Ogletree, Deakins, Nash, Smoak & Stewart, P.C..

Contact Information for new counsel is as follows:

> Firm name:  Benton Employment Law Group
> Address:  2831 Telegraph Avenue, Oakland, CA  94609
> Telephone:  510-917-6352
> chambord@bentonemploymentlaw.com

I consent to the above substitution.

Dated:  July  10 , 2021              /s/ Elizabeth J. McNamee
                                     Elizabeth McNamee
                                     Dignity Health, d/b/a Mercy Medical Center, Redding

I consent to being substituted.

Dated: July  12 , 2021               /s/ Danielle Ochs
                                     Danielle Ochs
                                     Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

I consent to the above substitution.

Dated:  July  12 , 2021              /s/  Chambord V. Benton-Hayes
                                     Chambord V. Benton-Hayes
                                     Benton Employment Law Group

**LOCAL RULE 5-1 ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that the concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Dated:  July 7, 2021                 /s/ Danielle Ochs
                                     Danielle Ochs

1
2  The substitution of attorney is hereby approved and so ORDERED.
3
4
5  Dated: __July 14, 2021__                    _____
6                                              The Honorable Charles R. Breyer
                                                United States District Court for the
7                                               Northern District of California
8
                                                                        47747310.1
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28